```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND
                            at BALTIMORE
```

|  |  |
|---|---|
| IN RE: | * |
| KATARINA GISELLE MADISON | *    CASE NO. 15-22561 |
| Aka Inna Gutierrez | * |
|  | *    CHAPTER 13 |
| DEBTOR(S) | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION TO CHAPTER 13 PLAN

    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust., Secured Creditor by its undersigned counsel, objects to the Chapter 13 Plan as filed as Debtor and for reasons states:

    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has a secured claim in the above matter and is in the process of filing a proof of claim for its pre-petition arrears per their Deed of Trust. The Chapter 13 plan does not provide for our client's arrearages.

    WHEREFORE, Movant requests that confirmation of the Debtor's Chapter 13 Plan be denied.

/s/Richard J. Rogers_____
RICHARD J. ROGERS, ESQUIRE
COHN, GOLDBERG & DEUTSCH, LLC
600 BALTIMORE AVENUE, STE 208
TOWSON, MARYLAND 21204
410-296-2550

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 10th day of February 2016, a copy of the above Objection to Chapter 13 Plan has been mailed first class mail, in this proceeding to:

Katarina Giselle Madison
Aka Giselle Madison
2956 Valera Court
Odenton, Maryland 21113

and debtor's(s') counsel:
Roger Haeger
11403 Seneca Forest Circle
Germantown, MD 20876

Nancy Spencer Grigsby, Trustee
4201 Mitchellville Road, Suite 401
Bowie, MD 20716


                                           /s/Richard J. Rogers_____
                                           COHN, GOLDBERG & DEUTSCH, LLC
                                           Richard J. Rogers
                                           600 Baltimore Avenue
                                           Towson, MD 21204
                                           (410) 296-2550