UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| In re: ) | |
| ) | Case No: 15-22561 |
| KATARINA GISELLE MADISON, ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |

## OBJECTION TO AMENDED CHAPTER 13 PLAN, NOTICE OF OBJECTION AND NOTICE OF HEARING ON OBJECTION

The Waterford Homeowner's Association, Inc. ("Association"), by counsel, states as follows for its Objection to the Amended Chapter 13 Plan of Debtor Katarina Giselle Madison ("Debtor"), filed on May 16, 2016 [Docket No. 58] ("Amended Plan").

1. The Debtor filed her Chapter 13 Voluntary Petition ("Petition") on September 9, 2015 ("Petition").

2. Debtor's Amended Schedule A filed on May 4, 2016 ("Schedule A") [Docket No. 53] states that Debtor owns the property located at 2956 Valera Court, Vienna Virginia ("Property") and Debtor has abandoned the Property. The Property is located within the boundaries of the Association.

3. Debtors Schedule A confirms that she is a co-owner of the Property. Debtor's Amended Schedule J filed on May 4, 2016 ("Schedule J") [Docket No. 53] does not account for the Association's $276.00 quarterly assessment as an ongoing expense. Debtor's statement in Schedule A that she has abandoned the Property does not relieve her of payment of the

---

**MERCERTRIGIANI LLP**
Michael L. Zupan, Esquire Maryland Bar No. 8606010433
MercerTrigiani LLP
112 South Alfred Street
Alexandria, Virginia 22314
Phone: (703) 837-5002
Fax: (703) 837-5012
michael.zupan@mercertrigiani.com
*Counsel for The Waterford Homeowners Association, Inc.*

Association's post-petition assessments. Debtor is obligated to pay the Association's post-petition assessments until she no longer owns the Property. Schedule J should be revised to include the Association's quarterly assessment in the amount of $276.00 as an ongoing expense.

4. Debtor has not paid all the post-petition assessments and late fees ("Post-Petition Assessments") that have accrued since she filed her bankruptcy petition. Unpaid Post-Petition Assessments total $289.80 through May 31, 2016.

5. Debtor should issue payment to the Association for the unpaid Post-Petition Assessments and should be required to pay the quarterly assessments on time and in full as an obligation of a Chapter 13 Plan.

6. Because the Debtor owns the Property, the Amended Plan does not account for the Association's assessment as an ongoing expense and the Debtor is not paying Post-Petition Assessments, Debtor is not in compliance with the Bankruptcy Code.

WHEREFORE, the Association asks that confirmation of the Amended Chapter 13 Plan be denied.

## Notice

The Waterford Homeowners Association, Inc. has filed this Objection to Confirmation of the Amended Chapter 13 Plan filed on May 16, 2016.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

If you do not wish the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before seven (7) days prior to the hearing date, you or your attorney must:

- Attend a hearing to be held on June 14, 2016 at 10:00 a.m. in Judge Rice's Courtroom 9-D, The United States Bankruptcy Court, 101 W. Lombard Street, Suite 8530, Baltimore,

Maryland.  If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order sustaining the Objection.

                    **THE WATERFORD HOMEOWNERS ASSOCIATION, INC.**

                    By Counsel

Date Filed: June 7, 2016        **MERCERTRIGIANI LLP**
By: /s/ Michael L. Zupan
Michael L. Zupan, Esquire Maryland Bar No. 8606010433
MercerTrigiani LLP
112 South Alfred Street
Alexandria, Virginia 22314
Phone:  (703) 837-5002
Fax:  (703) 837-5012
michael.zupan@mercertrigiani.com
*Counsel for The Waterford Homeowners Association, Inc.*

## CERTIFICATE

I certify that a copy of the foregoing Objection, Notice of Objection and Hearing was electronically transmitted via the Court's ECF system and/or mailed by first class mail this 7th day of June, 2016 to the following:

Katarina Giselle Madison
14401 S. Military Trail, #F207
Delray Beach, Florida 33484

Robert Haeger, Esquire
Haeger Law
11403 Seneca Forest Circle
Germantown, Maryland 20876

Nancy Spencer Grigsby, Chapter 13 Trustee
4201 Mitchellville Road
Suite 401
Bowie, Maryland 20716

                                /s/ Michael L. Zupan

123158