## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

In re:                                            :

Katarina Giselle Madison, A/K/A Inna Gutierrez    Case No. 15-22561-DER

     Debtor                                      :    Chapter 13
_____
Katarina Giselle Madison, A/K/A Inna Gutierrez

     Movant                                      :

vs.                                               :    Rule 3012 Valuation Proceeding

Wilmington Savings Fund Society, FSB,             :
d/b/a Christiana Trust, not individually but as
trustee for Pretium Mortgage Acquisition Trust    :

     Respondent                                  :
_____


### DEBTOR'S AMENDED MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. § 506
### ON DEBTOR(S)' REAL PROPERTY

The Debtor, Katarina Giselle Madison, A/K/A Inna Gutierrez, by her attorney, Robert J.

Haeger, requests that this Court determine, pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule

3012, the value of the interest of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust,

not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "WSFS), in the

estate's interest in the Debtor's real property, the extent to which WSFS is a holder of an allowed

secured claim, and declare that WSFS's lien is void to the extent it is not secured. In support of

this motion the Debtor states as follows:

     1.     The Debtor filed the instant voluntary petition under Chapter 13 of the

Bankruptcy Code on September 9, 2015.

     2.     The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334

and 157(b)(2)((B,K). This is a core proceeding.

3.     The Debtor is the fee simple owner of non-residential real property located in Anne Arundel County, Maryland, known as 2273 Lea Court, Odenton, MD 21113 (the "Property"). The subject property became property of the captioned bankruptcy estate (hereafter, the "estate") when this case was commenced. At the time the Debtor filed the instant bankruptcy petition and at the present time the value of the estate's interest in the Property was and is **$230,000**, the market value determined by appraiser Jeffrey Vinson of Vinson Real Estate Services, LLC, SRA license #30000930; a true and correct copy of his appraisal report is attached hereto and made a part hereof, marked **EXHIBIT A**.

4.     The estate's interest in the Property is subject to a perfected first priority utility lien in favor of Bay Utilities, Inc., that was duly recorded **June 24, 2005** at Book 5520, Page 609 among the Land Records of Anne Arundel County, Maryland before the date Respondent's lien(s) was recorded, that arose from a *Water and Sewer Deed and Agreement for Facilities Charges* dated August 15, 1989, and that had a balance claimed due of not less than **$5,760** on September 9, 2015, the date the petition for relief was filed herein. This lien is superior in priority to Respondent's lien. Proof of Bay Utilities, Inc.'s claim was filed herein on September 22, 2015 as **Claim 4** and is incorporated herein by this reference.

5.     The estate's interest in the Property is subject to a first priority utility tax lien in favor of Anne Arundel County, Maryland pursuant to Section 14-805(a) of the Tax Property Article of the Annotated Code of Maryland, and that had a balance claimed due of not less than **$218.85** on September 9, 2015, the date the petition for relief was filed herein. This lien is superior in priority to Respondent's lien. Proof of Anne Arundel County, Maryland's claim was

filed herein on January 19, 2016 as **Claim 12** and is incorporated herein by this reference.

6.    The estate's interest in the Property is subject to a first trust lien dated November 13, 2007 in the original principal amount of $268,800, which was recorded among the Land Records of Anne Arundel County, Maryland, at Liber 19720, Page 30, and as to which Respondent alleges in **Claim 15** filed herein that it has the right to collect sums due thereunder and to otherwise enforce its terms.

7.    The value of the interest of Respondent in the estate's interest in the Property is no more than $224,021.15.[1]

8.    Pursuant to 11 U.S.C. § 506(a), the allowable secured claim of Respondent is no more than $224,021.15.

9.    Since Respondent is not a holder of an allowed secured claim secured only by a security interest in real property that is the debtor's REAL PROPERTY, it is not entitled to the protection of 11 U.S.C. § 1322(b)(2).

10.    Pursuant to 11 U.S.C. § 506(d), Respondent's lien is void to the extent it exceeds $224,021.15.

WHEREFORE the Debtor prays this Court to:

a.    Value the interest of the Respondent in the Property at $224,021.15.

b.    Determine the allowed secured claim of WSFS to be $224,021.15 pursuant to 11 U.S.C. § 506(a) with the balance allowed as an unsecured claim only.

c.    Declare that Respondent's lien on the subject property is Void to the extent it exceeds $224,021.15.

d.    Declare that any proof of claim inconsistent with this order is disallowed to the

---

[1] $230,000 - $5,760 - $218.85 = $224,021.15

extent of such inconsistency, and any pending objection to confirmation filed by Respondent that is based on inadequate value or interest rate is overruled.

e.     Grant such other relief as may be necessary and proper under the law.

Respectfully submitted,
*/s/ Robert J. Haeger, August 9, 2016*
Robert J. Haeger, Bar No. 25434
Attorney for Debtor-Movant
11403 Seneca Forest Circle
Germantown, MD 20876
(888) 463-3520; www.haegerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that, to the extent the following persons were not served electronically by the CM/ECF system, I caused a copy of the foregoing amended motion to be sent on August 9, 2016, by first class U.S. mail, postage prepaid, to:

| | |
|---|---|
| Nancy Spencer Grigsby (BY ECF) | Richard J. Rogers, Esquire (BY ECF) |
| Chapter 13 Trustee | Cohn, Goldberg and Deutsch, LLC |
| 4201 Mitchellville Rd., Ste 401 | 600 Baltimore Avenue, Ste. 208 |
| Bowie, MD 20716 | Towson, MD 21204 |

and a copy of the appraisal report attached to the amended motion as Exhibit A also was emailed to respondent's counsel, Richard J. Rogers (Rrogers@cgd-law.com and Estamas@cgd-law.com), on April 20, 2016.

*/s/ Robert J. Haeger, August 9, 2016*
Robert J. Haeger

4

EXHIBIT A

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

2273 Lea Ct
Odenton, MD 21113
Lt 63a Bk D Sc 16 2273 Lea Ct Four Seasons Estates

**FOR**

Robert J. Haeger, Esq.
11403 Seneca Forest Circle
Germantown, MD 20876

**OPINION OF VALUE**

230,000

**AS OF**

04/08/2016

**BY**

Jeffrey Vinson
Vinson Real Estate Services, LLC
822 Rockville Pike Ste B
Rockville, MD 20852-1259
301-260-9050
jeffvinson@verizon.net

| Borrower | Not applicable | | | | | File No. | 2167869 |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |

EXHIBIT A

**TABLE OF CONTENTS**

Cover Page ........................................................................................................................................................... 1
GP Residential ..................................................................................................................................................... 2
GP Residential ..................................................................................................................................................... 3
Additional Comparables 4-6 .............................................................................................................................. 4
GP Residential ..................................................................................................................................................... 5
GP Residential Certifications Addendum .......................................................................................................... 6
Subject Photos ..................................................................................................................................................... 8
Subject Photos Interior ....................................................................................................................................... 9
Subject Photos Interior ....................................................................................................................................... 10
Subject Photos Interior ....................................................................................................................................... 11
Subject Photos Interior ....................................................................................................................................... 12
Comparable Photos 1-3 ...................................................................................................................................... 13
Comparable Photos 4-6 ...................................................................................................................................... 14
Building Sketch .................................................................................................................................................... 15
Location Map ....................................................................................................................................................... 16
Flood Map ........................................................................................................................................................... 17

Vinson Real Estate Services, LLC

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No. 2167869

EXHIBIT A

## SUBJECT

Property Address: 2273 Lea Ct  City: Odenton  State: MD  Zip Code: 21113
County: Anne Arundel  Legal Description: Lt 63a Bk D Sc 16 2273 Lea Ct Four Seasons Estates
Assessor's Parcel #: 4-295-90067293
Tax Year: 2016  R.E. Taxes: $2,979  Special Assessments: $0  Borrower (if applicable): Not applicable
Current Owner of Record: Inna Gutierrez  Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)  HOA: $25 ☐ per year ☒ per month
Market Area Name: Four Seasons Estates  Map Reference: 12580  Census Tract: 7409.00

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☒ Income Approach  (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: To determine the market value of the subject property as of the effective date of the appraisal

Intended User(s) (by name or type): Robert J. Haeger, Esq.
Client: Robert J. Haeger, Esq.  Address: 11403 Seneca Forest Circle , Germantown, MD 20876
Appraiser: Jeffrey Vinson  Address: 822 Rockville Pike Ste B, Rockville, MD 20852-1259

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 90% | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | | | 2-4 Unit | % | ☐ Likely * ☐ In Process * |
| Property values: | ☒ Increasing | ☐ Stable | ☐ Declining | ☐ Tenant | 156 Low | 10 | Multi-Unit | % | * To: |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (0-5%) | 400 High | 35 | Comm'l | % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 280 Pred | 30 | Vacant | 10% | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject property is located on Lea Court in Four Seasons Estates subdivision.  The area consists of well maintained single family townhouses with average to above average maintenance characteristics.  In general, the area is considered to conveniently located to shopping and employment facilities and is serviced by well maintained roadways and public transportation systems.  The boundaries of the subject property are: to the north and east is Rt 175, to the west is Piney Orchard Parkway, to the south is Dairy Farm Road.

## SITE DESCRIPTION

Dimensions: No Plat provided  Site Area: 4,732 sf
Zoning Classification: R5  Description: Residential-Single family townhouse
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential-Single Family Townhouse  Use as appraised in this report: Residential-Single Family Townhouse
Summary of Highest & Best Use: The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria in highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability. In this case the highest and best use is the current use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Generally level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Public | Street | Asphalt | ☒ | ☐ | Size | Typical for neighborhood |
| Gas | ☒ | ☐ | Public | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Public | Sidewalk | Concrete | ☒ | ☐ | Drainage | Positive |
| Sanitary Sewer | ☒ | ☐ | Public | Street Lights | Electric/Pole | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | Public | Alley | None | | | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 24003C0129E  FEMA Map Date 10/16/2012
Site Comments: The appraiser did not observe and was not made aware of any adverse, conditions, encroachments or easements. The property consists of a single family home zoned R5.  The appraiser did not note site issues that would impact value.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Basement | | Heating | |
|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Poured concrete | ☐ None | | Type | Central |
| # of Stories | 2 | Slab | None | Area Sq. Ft. | 560 | | FWA |
| Type ☐ Det. ☒ Att. | | Exterior Walls | Frame/siding | Crawl Space | None | % Finished | 95 | Fuel | Electric |
| Design (Style) | Semi detached | Roof Surface | Shingle - Asphalt | Basement | Yes | Ceiling | Drywall | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Gutters & Dwnspts. | Aluminum | Sump Pump | No | Walls | Drywall | Cooling | Central |
| Actual Age (Yrs.) | 22 | Window Type | Vinyl DH | Dampness | | Floor | Cept/tile | Central | |
| Effective Age (Yrs.) | 22 | Storm/Screens | Double pane | Settlement | None noted | Outside Entry | None | Other | |
| | | | | Infestation | None noted | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage | ☒ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/vinyl tile | Refrigerator | ☒ | Stairs | ☒ | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage | # of cars ( 0 Tot.) |
| Walls | Drywall | Range/Oven | ☒ | Drop Stair | ☐ | Patio | | Attach. | 0 |
| Trim/Finish | Wood/paint | Disposal | ☒ | Scuttle | ☒ | Deck | Rear deck | Detach. | 0 |
| Bath Floor | Vinyl  Tile | Dishwasher | ☒ | Doorway | ☐ | Porch | | Bit.-In | 0 |
| Bath Wainscot | Ceramic | Fan/Hood | ☒ | Floor | ☐ | Fence | Privacy | Carport | 0 |
| Doors | Hollow Core | Microwave | ☒ | Heated | ☐ | Pool | | Driveway | 2 |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface | Concrete |

Finished area above grade contains: 6 Rooms  3 Bedrooms  2.0 Bath(s)  1,206 Square Feet of Gross Living Area Above Grade
Additional features: Deck, privacy fencing

Describe the condition of the property (including physical, functional and external obsolescence): The appraiser inspected the interior and exterior of the subject property and found it to be in fair condition.  The subject property is currently a rental unit and has not been upgraded in a number of years. The major systems of the house are working but are at the end of their useful life. If the current tenant should vacate the property the kitchen and bathroom would need extensive repair and upgrade, all of the carpeting and flooring needs replacing, painting and repairs to the interior and exterior would be necessary before marketing or renting the property.  The appraiser is making a condition adjustment of $30,000 for interior and exterior repairs and between $5,000 to $5,000 for kitchen upgrades, the variance is dependent on the amount and quality of upgrades.  The higher adjustment would indicated a new kitchen.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 2167869

EXHIBIT A

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |

**TRANSFER HISTORY**

| Data Source(s): | Mris/Tax Records | | |
|---|---|---|---|
| 1st Prior Subject Sale/Transfer | | Analysis of sale/transfer history and/or any current agreement of sale/listing: | There are no other transfers to the property. |
| Date: | 11/01/2006 | | |
| Price: | 295,000 | | |
| Source(s): | County Records | | |
| 2nd Prior Subject Sale/Transfer | | | |
| Date: | | | |
| Price: | | | |
| Source(s): | | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2273 Lea Ct  Odenton, MD 21113 | 713 Horse Chestnut Ct  Odenton, MD 21113 | | 2656 Cedar Elm Dr  Odenton, MD 21113 | | 2602 Summers Ridge Dr  Odenton, MD 21113 | |
| Proximity to Subject | | 0.82 miles W | | 0.80 miles W | | 0.91 miles W | |
| Sale Price | $ Not applicable | $ 272,000 | | $ 281,500 | | $ 275,501 | |
| Sale Price/GLA | $ /sq.ft. | 219.35 /sq.ft. | | 227.02 /sq.ft. | | 220.05 /sq.ft. | |
| Data Source(s) | Inspection | MRIS/AA8708762;DOM 81 | | MRIS/AA8720669;DOM 67 | | MRIS/AA8695929 | |
| Verification Source(s) | MRIS/Tax Records | MRIS/Tax Records | | MRIS/Tax Records | | MRIS/Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | Not applicable | ArmLth | | ArmLth | | REO | |
| Concessions | | Conv;8160 | | Cash;8445 | | VA;8265 | |
| Date of Sale/Time | Not applicable | s11/15;c10/15 | | s11/15;c10/15 | | s10/15;c08/15 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Suburban-Twnhse | Suburban-Twnhse | | Suburban-Twnhse | | Suburban-Twnhse | |
| Site | 4,732 sf | 1600 sf | | 1600 sf | | 1600 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Semi detached | Interior unit twnhse | +2,500 | Interior unit twnhse | +2,500 | Interior unit twnhse | +2,500 |
| Quality of Construction | Frame/siding | Frame/siding | | Frame/siding | | Frame/siding | |
| Age | 22 | 15 | 0 | 15 | 0 | 20 | 0 |
| Condition | Fair | S-Interior and ext | -30,000 | S-Interior and ext | -30,000 | S-Interior and ext | -30,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  2.0 | 6  3  2.1 | -3,500 | 6  3  2.1 | -3,500 | 6  3  2.1 | -3,500 |
| Gross Living Area | 1,206 sq.ft. | 1,240 sq.ft. | | 1,240 sq.ft. | | 1,252 sq.ft. | |
| Basement & Finished | Full basement | Full basement | | Full basement | | Full basement | |
| Rooms Below Grade | Rr, BA | Rr, hb | +1,500 | Rr, hb | +1,500 | Rr, BA | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | Thermal | Thermal | | Thermal | | Thermal | |
| Garage/Carport | Driveway | Open lot | | Open lot | | Open lot | |
| Porch/Patio/Deck | Deck | Patio | 0 | Patio | 0 | Deck | 0 |
| Fireplace | | 1 Fireplace | -3,500 | 1 Fireplace | -3,500 | | |
| Kitchen Equip | Outdated Kit | S-Kitchen Equip | -10,000 | S-New Kitchen | -15,000 | S-Kitchen Equip | -5,000 |
| Hardwood | None | None | | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -43,000 | ☐ + ☒ - | $ -48,000 | ☐ + ☒ - | $ -36,000 |
| Adjusted Sale Price  of Comparables | | | $ 229,000 | | $ 233,500 | | $ 239,501 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach    The appraiser recited four comparable sales in the same marketplace as the subject property.  All of the comparable sales are similar units that were all in superior condition to the subject.  The appraiser made a number of market supported adjustments to the comparable sales, and moved to the lower portion of the value range due to the condition of the subject property,

Indicated Value by Sales Comparison Approach $    230,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

EXHIBIT A

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2273 Lea Ct Odenton, MD 21113 | 2404 Beechnut Pl Odenton, MD 21113 | | | | | |
| Proximity to Subject | | 0.88 miles NW | | | | | |
| Sale Price | $ Not applicable | $ 295,000 | | $ | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 237.90 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | MRIS#AA8756464;DOM 7 | | | | | |
| Verification Source(s) | MRIS/Tax Records | MRIS/Tax Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | Not applicable | ArmLth Conv;0 | | | | | |
| Date of Sale/Time | Not applicable | s10/15;c10/15 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Suburban-Twnhse | Suburban-Twnhse | | | | | |
| Site | 4,732 sf | 1600 sf | | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Semi detached | Interior unit twnhse | +2,500 | | | | |
| Quality of Construction | Frame/siding | Frame/siding | | | | | |
| Age | 22 | 23 | 0 | | | | |
| Condition | Fair | S-Interior and ext | -30,000 | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  2.0 | 6  3  2.1 | -3,500 | | | | |
| Gross Living Area | 1,206 sq.ft. | 1,240 sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished | Full basement | Full basement | | | | | |
| Rooms Below Grade | Rr, BA | Rr, BA | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | Thermal | Thermal | | | | | |
| Garage/Carport | Driveway | Open lot | | | | | |
| Porch/Patio/Deck | Deck | PatioDeck | -1,500 | | | | |
| Fireplace | None | None | | | | | |
| Kitchen Equip | Outdated Kit | S-Kitchen Equip | -10,000 | | | | |
| Hardwood | None | Hardwood | -5,000 | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -47,500 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | | $ 247,500 | | $ | | $ |

Summary of Sales Comparison Approach

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL          Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE          3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: ZT67869

EXHIBIT A

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED | ☐ REPRODUCTION OR | ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|---|---|
| Source of cost data: | | | DWELLING | Sq.Ft. @ $ | = $ |
| Quality rating from cost service: | | Effective date of cost data: | | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | | Sq.Ft. @ $ | = $ |
| | | | | Sq.Ft. @ $ | = $ |
| | | | | Sq.Ft. @ $ | = $ |
| | | | | | = $ |
| | | | Garage/Carport | Sq.Ft. @ $ | = $ |
| | | | Total Estimate of Cost-New | | = $ |
| | | | Less | Physical | Functional | External |
| | | | Depreciation | | =$( ) |
| | | | Depreciated Cost of Improvements | | =$ |
| | | | "As-is" Value of Site Improvements | | = $ |
| | | | | | = $ |
| | | | | | = $ |
| Estimated Remaining Economic Life (if required): | | Years | INDICATED VALUE BY COST APPROACH | | = $ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☐ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ 1,800   X Gross Rent Multiplier 142 = $ 255,600   **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM): The appraiser noted that there were number of rentals in the area which indicated that the market rent ranged between $1800 and $2200 dependent on the interior condition and upgrades of the rental comparables. The GRM ranged between 130 and 150 one of the more recent sales reviewed indicated 142 GRM.

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: Four Seasons Estates

Describe common elements and recreational facilities: Limited common ground

## RECONCILIATION

| Indicated Value by: Sales Comparison Approach $ | 230,000 | Cost Approach (if developed) $ | Income Approach (if developed) $ | 255,600 |
|---|---|---|---|---|

Final Reconciliation   The appraiser considered all approaches to value in this case. Most weight was placed on the sales comparison approach to value as this is the method used by most real estate professionals, buyers, and sellers. The Cost Approach was considered but not completed due to the age of the subject property which makes this approach unreliable. The Income Approach was completed and supports the Sales Comparison Approach.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 230,000 , as of: 04/08/2016 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

## ATTACHMENTS

A true and complete copy of this report contains 17 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work  ☒ Limiting Cond./Certifications  ☐ Narrative Addendum  ☒ Photograph Addenda  ☒ Sketch Addendum
☒ Map Addenda  ☐ Additional Sales  ☐ Cost Addendum  ☒ Flood Addendum  ☐ Manuf. House Addendum
☐ Hypothetical Conditions  ☐ Extraordinary Assumptions  ☐

Client Contact: Robert Haeger   Client Name: Robert J. Haeger, Esq.
E-Mail: bob@haegerlaw.com   Address: 11403 Seneca Forest Circle , Germantown, MD 20876

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|

Appraiser Name: Jeffrey Vinson   Supervisory or Co-Appraiser Name:
Company: Vinson Real Estate Services, LLC   Company:
Phone: 301-260-9050   Fax: 301-299-1004   Phone:   Fax:
E-Mail: jeffvinson@verizon.net   E-Mail:
Date of Report (Signature): 04/20/2016   Date of Report (Signature):
License or Certification #: 30000930   State: MD   License or Certification #:   State:
Designation: SRA   Designation:
Expiration Date of License or Certification: 12/31/2018   Expiration Date of License or Certification:
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None   Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: 04/08/2016   Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**Assumptions, Limiting Conditions & Scope of Work**

| Property Address | 2273 Lea Ct | City | Odenton | State | MD | Zip Code | 21113 |
|---|---|---|---|---|---|---|---|
| Client | Robert J. Haeger, Esq. | Address | 11403 Seneca Forest Circle , Germantown, MD 20876 | | | File No. | 2167869 |
| Appraiser | Jeffrey Vinson | Address | 822 Rockville Pike Ste B, Rockville, MD 20852-1259 | | | | |

EXHIBIT A

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis

of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous

wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items

that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the

client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by**
**the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.



File No.: 2167869

| Property Address: | 2273 Lea Ct | City: Odenton | State: MD | Zip Code: 21113 |

Client: Robert J. Haeger, Esq.    Address: 11403 Seneca Forest Circle , Germantown, MD 20876

Appraiser: Jeffrey Vinson    Address: 822 Rockville Pike Ste B, Rockville, MD 20852-1259

EXHIBIT A

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,   FRS, ar

Client Contact: Robert Haeger    Client Name: Robert J. Haeger, Esq.

E-Mail: bob@haegerlaw.com    Address: 11403 Seneca Forest Circle , Germantown, MD 20876

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |

Appraiser Name: Jeffrey Vinson

Company: Vinson Real Estate Services, LLC

Phone: 301-260-9050    Fax: 301-299-1004

E-Mail: jeffvinson@verizon.net

Date Report Signed: 04/20/2016

License or Certification #: 30000930    State: MD

Designation: SRA

Expiration Date of License or Certification: 12/31/2018

Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None

Date of Inspection: 04/08/2016

Supervisory or Co-Appraiser Name:

Company:

Phone:    Fax:

E-Mail:

Date Report Signed:

License or Certification #:    State:

Designation:

Expiration Date of License or Certification:

Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None

Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

EXHIBIT A

| | |
|---|---|
| Borrower | Not applicable |
| Property Address | 2273 Lea Ct |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. |



**Subject Front**

2273 Lea Ct



**Subject Rear**



**Subject Street**

Subject Interior Photo Page

EXHIBIT A

| | |
|---|---|
| Borrower | Not applicable |
| Property Address | 2273 Lea Ct |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. |



**Foyer**

2273 Lea Ct
Sales Price          Not applicable
Gross Living Area    1,206
Total Rooms          6
Total Bedrooms       3
Total Bathrooms      2.0
Location             Suburban-Twnhse
View                 Residential
Site                 4,732 sf
Quality              Frame/siding
Age                  22



**Kitchen**



**Dining**

| Borrower | Not applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |

EXHIBIT A



**Living**

| | |
|---|---|
| 2273 Lea Ct | |
| Sales Price | Not applicable |
| Gross Living Area | 1,206 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Suburban-Twnhse |
| View | Residential |
| Site | 4,732 sf |
| Quality | Frame/siding |
| Age | 22 |



**Recreation**



**Bath**

Subject Interior Photo Page

EXHIBIT A

| Borrower | Not applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |



**Utility**

| | |
|---|---|
| 2273 Lea Ct | |
| Sales Price | Not applicable |
| Gross Living Area | 1,206 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Suburban-Twnhse |
| View | Residential |
| Site | 4,732 sf |
| Quality | Frame/siding |
| Age | 22 |



**Master Bedroom**



**Master Bath**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower | Not applicable | | | | | | | |
| Property Address | 2273 Lea Ct | | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 | |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | | |

EXHIBIT A



**Bedroom**

2273 Lea Ct
Sales Price                Not applicable
Gross Living Area          1,206
Total Rooms                6
Total Bedrooms             3
Total Bathrooms            2.0
Location                   Suburban-Twnhse
View                       Residential
Site                       4,732 sf
Quality                    Frame/siding
Age                        22



**Bath**



**Comparable Photo Page**

| Borrower | Not applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |

EXHIBIT A



**Comparable 1**
713 Horse Chestnut Ct



**Comparable 2**
2656 Cedar Elm Dr



**Comparable 3**
2602 Summers Ridge Dr

Comparable Photo Page

| Borrower | Not applicable | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | |

EXHIBIT A



**Comparable 4**

2404 Beechnut Pl

**Comparable 5**

**Comparable 6**

| | |
|---|---|
| Borrower | Not applicable |
| Property Address | 2273 Lea Ct |
| City | Odenton |
| Lender/Client | Robert J. Haeger, Esq. |

County  Anne Arundel    State  MD    Zip Code  21113

EXHIBIT A



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | Calculation Details | |
|---|---|---|
| First Floor | 566 Sq ft | 20 × 28 = 560 |
| | | 6 × 1 = 6 |
| Second Floor | 640 Sq ft | 20 × 32 = 640 |
| **Total Living Area (Rounded):** | **1206 Sq ft** | |
| Non-living Area | | |
| Basement | 560 Sq ft | 20 × 28 = 560 |

Location Map

| Borrower | Not applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |

EXHIBIT A



| Borrower | Not applicable | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2273 Lea Ct | | | | | | |
| City | Odenton | County | Anne Arundel | State | MD | Zip Code | 21113 |
| Lender/Client | Robert J. Haeger, Esq. | | | | | | |

EXHIBIT A

