UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at BALTIMORE

|  |  |  |
|---|---|---|
| IN RE: | * | |
| KATARINA GISELLE MADISON | * | |
| Aka Inna Gutierrez | * | CASE NO. 15-22561 |
|  | * | CHAPTER 13 |
| DEBTOR(S) | * | |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | * | |
| MOVANT | * | |
| VS. | * | |
| KATARINA GISELLE MADISON Aka Inna Gutierrez | * | |
| RESPONDENT(S) | * | |

## LINE

NOW RUSHMORE Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, withdraws the objection to Objection to Plan.

/s/*Richard J. Rogers*_____
RICHARD ROGERS, ESQUIRE
COHN, GOLDBERG & DEUTSCH, LLC
600 BALTIMORE AVENUE, STE 208
TOWSON, MARYLAND 21204
410-296-2550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September 2016, a copy of the above Line withdrawing Objection to Confirmation of Plan has been mailed first class mail, and/or electronic filing notification in this proceeding to:

Katarina Giselle Madison
Aka Inna Gutierrez
2956 Valera Court
Vienna, VA 22181

Katarina Giselle Madison
Aka Inna Gutierrez
2273 Lea Court
Odenton, MD 21113


and respondent(s)' counsel:

| | |
|---|---|
| Roger Haeger, Esquire | Nancy L. Spencer Grigsby, Trustee |
| 11403 Seneca Forest Circle | 4201 Mitchellville Road, Suite 401 |
| Germantown, MD 20876 | Bowie, MD 20716 |

/s/*Richard J. Rogers*
RICHARD ROGERS, ESQUIRE
ATTORNEY FOR MOVANT