

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| In re: | : | |
| Katarina Giselle Madison, A/K/A Inna Gutierrez | : | Case No. 15-22561-DER |
| Debtor | : | Chapter 13 |
| Katarina Giselle Madison, A/K/A Inna Gutierrez | : | |
| Movant | : | |
| vs. | : | Rule 3012 Valuation Proceeding |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | : | |
| Respondent | : | |

CONSENT ORDER GRANTING MOTION TO AVOID LIEN ON DEBTOR(S)' REAL PROPERTY

Having considered debtor's Motion to Avoid Lien, Respondent's response filed thereto, and it appearing that the parties consent to entry of this order, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the cases of Johnson vs. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), and in First Mariner Bank v. Johnson, 411 B.R.221 (D. Md.2009) it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the claim of Respondent be and is hereby deemed secured in the amount of $265,000 as of September 12, 2016, and that Respondent's lien on the subject property is Void to the extent it exceeds $265,000; and it is further,

ORDERED, that Respondent's secured claim is hereby modified and shall be treated and paid directly under Debtor's Chapter 13 plan pursuant to 11 U.S.C. § 1322(b)(5) with interest

thereon of five percent (5.0%) per annum from September 12, 2016, and 360 equal amortizing monthly principal and interest payments of $1,422.58, plus a monthly escrow payment for real property taxes and hazard insurance on the Property calculated as if loan origination occurred on September 12, 2016 with a zero escrow balance, with the first monthly payment due on November 1, 2016, and the remaining balance due on November 1, 2046 if not sooner paid.

ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the lien held in favor of Respondent or its principal on the Debtor's real property described as: lien recorded among the Land Records of Anne Arundel County, Maryland, at Liber 19720, Page 30 on debtor's real property known as 2273 Lea Court, Odenton, MD 21113, is avoided to the extent it exceeds $265,000 as of September 12, 2016, and it is further,

ORDERED, that the claim of Respondent herein shall be treated under debtors' plan as an allowed secured claim in an amount not to exceed the value of Respondent's collateral and as an allowed, general unsecured claim for the balance.

We ask for entry of this order:

| | |
|---|---|
| I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.<br>*/s/ Robert J. Haeger*<br>Robert J. Haeger, Bar No. 25434<br>Attorney for Debtor-Movant<br>11403 Seneca Forest Circle<br>Germantown, MD 20876<br>(888) 463-3520; www.haegerlaw.com | /s/ *Richard Rogers*<br>Richard J. Rogers, Esquire (BY ECF)<br>Cohn, Goldberg and Deutsch, LLC<br>600 Baltimore Avenue, Ste. 208<br>Towson, MD 21204<br>(410) 296-2550; rrogers@cgd-law.com<br>Attorney for Respondent Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust |

cc:
Case Trustee
Debtor(s)
Debtor(s)' Attorney
Respondent's Attorney

**End of Order**