UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | |
|---|---|---|
| In re: | : | Case No. 15-14818-PM |
| Katarina Giselle Madison | : | Chapter 13 |
| Debtor | : | |
| Katarina Giselle Madison | : | |
| Movant | : | |
| vs. | : | Rule 9014 Contested Matter |
| Bay Utilities, Inc. | : | |
| Respondent | : | |

ORDER SUSTAINING OBJECTION TO CLAIM

Upon consideration of the objection of Katarina Giselle Madison, the captioned debtor, to the allowance of Claim No. 4 filed by Bay Utilities, Inc. ("Claimant"), any opposition thereto, notice thereof having been provided to Claimant, and good cause having been shown, it is,

ORDERED, that Debtor's objection to the allowance of the Proof of Claim of Bay Utilities, Inc. in the amount of $7,559.47, is hereby sustained; the claim is hereby allowed as a secured arrearage claim in the amount of $2,012.40, plus present value interest thereon at the rate of 3.75% per annum pursuant to 11 U.S.C. § 1325(a)(5).

Copies To:
Debtor
Debtor's Counsel
Chapter 13 Trustee
Respondent

**End of Order**