

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | |
|---|---|---|
| In re: | : | Case No. 15-14818-PM |
| Katarina Giselle Madison | : | Chapter 13 |
|     Debtor | : | |
| Katarina Giselle Madison | : | |
|     Movant | : | |
| vs. | : | Rule 9014 Contested Matter |
| Bay Utilities, Inc. | : | |
|     Respondent | : | |

ORDER ON OBJECTION TO CLAIM

    Upon consideration of the objection of Katarina Giselle Madison, the captioned debtor, to the allowance of Claim No. 4 filed by Bay Utilities, Inc. ("Claimant"), the opposition thereto, the arguments of counsel at the hearing on this matter on June 13, 2017, and as explained by the Court on the record at that hearing, it is,

    ORDERED, that Debtor's objection to the allowance of the Proof of Claim of Bay Utilities, Inc. in the amount of $7,559.47, is hereby overruled regarding entitlement to attorney's fees and costs, and sustained regarding the present value interest rate and acceleration issues, as follows: the claim is hereby allowed as a secured arrearage claim in the amount of $3,239, plus present value interest thereon at the rate of 5.0% per annum pursuant to 11 U.S.C. § 1325(a)(5).

Copies To:
Debtor
Debtor's Counsel
Chapter 13 Trustee
Respondent

**End of Order**