**APPENDIX A**

# United States Bankruptcy Court
### District of Maryland

In re  **Katarina Giselle Madison**  Case No. **15-22561**
Debtor(s)  Chapter **13**

## CHAPTER 13 PLAN

☐ Original Plan    ■ Amended Plan    ☐ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):

   a.   $____ per month for a term of ____ months. OR

   b.   $ **365.00** per month for **19** month(s),
        $ **350.00** per month for **21** month(s),
        for a total term of **40** months. OR

   c.   $____ per month prior to confirmation of this plan, and $____ per month after confirmation of this plan, for a total term of ____ month(s),

2. From the payments received, the Trustee will make the disbursements in the order described below:
   a. Allowed unsecured claims for domestic support obligations and trustee commissions.
   b. Administrative claims under 11 U.S.C. § 507(a)(2), including attorney's fee balance of $ **0.00** (unless allowed for a different amount by an order of Court).
   c. Claims payable under 11 U.S.C. § 1326(b)(3).  Specify the monthly payment:  $ **0.00** .
   d. Other priority claims defined by 11 U.S.C. § 507(a)(3) - (10).  The Debtor anticipates the following claims:

| Claimant | Amount of Claim |
|---|---|
| -NONE- | |

   e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

      i.  Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii or 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
| -NONE- | | |

      ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| -NONE- | | | |

      iii. The following secured claims will be paid in full, as allowed, at the designated interest rates

through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos. |
|---|---:|---:|---:|---:|
| Anne Arundel County (POC 12) | 218.85 | 0.00% | 15.00 | 15 |
| Bay Utilities, Inc (POC 4) | 3,239.00 | 5.00% | 177.65 | 19 |
| Unit Owners Wilton House Condo (POC 13) | 2,737.71 | 0.00% | 144.09 | 19 |

    iv.    The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

| Claimant | Amount of Claim | Description of Collateral |
|---|---:|---|
| **Dorsey Search Townhouse (POC 6)** | 0.00 | Rental house located at 5535 April Journey, Columbia, MD 21046. |
| **Howard County Maryland (POC 18)** | 0.00 | Rental house located at 7031 Copperwood Way, Columbia MD 21046. |
| **King's Meade II Townhouse Assn (POC 11)** | 0.00 | Rental house located at 7031 Copperwood Way, Columbia MD 21046. |
| **US Bank NA (POC 10)** | 297,195.00 | Rental house located at 7031 Copperwood Way, Columbia MD 21046. |
| **US Bank NA (POC 9)** | 52,436.00 | Rental house located at 5535 April Journey, Columbia, MD 21046. |
| **Wilmington Savings Fund Society (POC 16** | 275,992.00 | Rental house located at 5535 April Journey, Columbia, MD 21046. |

    v.    The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

Claimant
**-NONE-**

    vi.    If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

    vii.    In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

    f.    After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims.  (If there is more than one class of unsecured claims, describe each class.)

3.    The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order.  The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

| Claimant | Asserted Value | Description of Property |
|---|---:|---|
| **Four Seasons Homeowners Assoc (POC 20)** | 0.00 | Rental house located at 2273 Lea Court, Odenton, MD 21113 |
| **JPMorgan Chase Bank, N.A. (POC 5)** | 0.00 | Rental house located at 2273 Lea Court, Odenton, MD 21113 |
| **Wilmington Savings Fund Soc. (POC 15)** | 269,320.47 | Rental house located at 2273 Lea Court, Odenton, MD 21113 |

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post-petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

| Other Party | Description of Contract or Lease | Assumed or Rejected |
|---|---|---|
| **Coleman Law Group, PLC** | **Legal services contingent fee retainer agreement dated June 17, 2015, regarding debtor's former attorney's failure to file debtor's bankruptcy petition; 33% of any settlement obtained and 40% of any verdict obtained. In a case that is appealed, or otherwise is brought before an appellate court, the fee shall be 45%.** | **Reject** |

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. § 1328, or upon dismissal of the case, or upon closing of the case.

8. Non-Standard Provisions:
   **$8,634.00 lumpsum payment in month 21**
   **A. The secured claim of Wilmington Savings Fund Society, FSB (POC 15) shall be paid directly by Debtor under this Chapter 13 plan pursuant to 11 U.S.C. § 1322(b)(5) and in accordance with the terms of the Consent Order entered in this case on September 29, 2016, at ECF 69.**

   **B. Debtor shall pay into the plan the non-exempt portion of any net proceeds received pursuant to claims listed in Schedule B/21 after payment of litigation expenses and other compensation allowed to debtor's counsel, Robert J. Haeger.**

   **C. Confirmation shall be without prejudice to debtor asserting post-confirmation claims set forth in Schedule B/21, which are hereby expressly preserved for debtor and her bankruptcy estate.**

   **D. Plan confirmation shall be without prejudice to debtor's pending mortgage loan modification application involving her realty known as 2956 Valera Court, Vienna, Virginia, for which no mortgage proof of claim has been filed herein.**

   **Robert J. Haeger, Attorney for the Debtor(s), Bar No. 25434**
   **11403 Seneca Forest Circle, Germantown, MD 20876**
   **Voice (888) 463-3520; Fax (240) 454-8193; www.haegerlaw.com**

Date **July 18, 2017**            Signature **/s/ Katarina Giselle Madison**
                                             **Katarina Giselle Madison**
                                             Debtor

Attorney **/s/ Robert J. Haeger**
         **Robert J. Haeger**

**United States Bankruptcy Court**
**District of Maryland**

In re  **Katarina Giselle Madison**                                  Case No.  **15-22561**
                                    Debtor(s)                        Chapter  **13**

PRE-CONFIRMATION CERTIFICATION - AMENDED

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date  **July 18, 2017**                    Signature  **/s/ Katarina Giselle Madison**
                                                      **Katarina Giselle Madison**
                                                      Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

In re: :

Katarina Giselle Madison : Case No. 15-22561-DER

    Debtor : Chapter 13

CERTIFICATE OF SERVICE
OF AMENDED CHAPTER 13 PLAN

I hereby certify that, to the extent the following persons were not served electronically by the CM/ECF system, I caused a copy of the captioned Debtor's Amended Chapter 13 Plan dated July 18, 2017, and the Order Denying Confirmation with Leave to Amend, to be sent on July 19, 2017, by first class U.S. mail, postage prepaid, to the case trustee and to the creditors and other parties in interest listed on the attached Court's mailing matrix.

Nancy L. Spencer Grigsby (BY ECF)
Chapter 13 Trustee

                                          */s/ Robert J. Haeger, July 19, 2017*
                                          Robert J. Haeger, Bar No. 25434
                                          Attorney for the Debtor
                                          11403 Seneca Forest Circle
                                          Germantown, MD 20876
                                          (888) 463-3520; www.haegerlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 15-22561<br>District of Maryland<br>Baltimore<br>Wed Jul 19 19:05:19 EDT 2017 | Bay Utilties Inc<br>221 duke of gloucester street<br>C/O Daniel J. Mellin<br>Annapolis, MD 21401-2506 | Howard County Office of Law<br>3430 Courthouse Drive<br>Ellicott City, MD 21043-4350 |
| Ocwen Loan Servicing, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | Ocwen Loan Servicing, LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 |
| The Unit Owners Association of Wilton House<br>c/o Cara C. Murray<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street, 13 Floor<br>Baltimore, MD 21202-1636 | The Waterford Homeowners Association, Inc.<br>c/o Michael L. Zupan, Esquire<br>Mercer Trigiani LLP<br>112 South Alfred Street<br>Alexandria, VA 22314-3061 | U.S. Bank National Association, as Trustee f<br>c/o Kathryn E. Smits<br>Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177-7754 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Richard J. Rogers, Esquire<br>600 Baltimore Avenue, Suite 208<br>Towson, MD 21204-4084 | ANNE ARUNDEL COUNTY, MARYLAND<br>FINANCE OFFICE<br>P.O. BOX 2700, MS 1103<br>ANNAPOLIS, MD 21404-2700 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | American Medical Collection Agency<br>4 Westchester Plaza Ste 110<br>Elmsford, NY 10523-1615 | American Medical Colletion Agency<br>PO Box 1235<br>Elmsford, NY 10523-0935 |
| American Servcing Co<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Andrea Ginyard<br>7031 Copperwood Way<br>Columbia, MD 21046-1462 | Anne Arundel County<br>Office of Finance<br>PO Box 427<br>Annapolis, MD 21404-0427 |
| Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | Atlantic Law Group, LLC<br>PO Box 2548<br>Leesburg, VA 20177-7754 | Bank of America<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bank of America<br>BK Dept NC4-105-03-14<br>POB 26012<br>Greensboro, NC 27420-6012 | Bay Utilties, Inc.<br>c/o Daniel J. Mellin, Esquire<br>Hillman, Brown & Darrow, P.A.<br>221 Duke of Gloucester Street<br>Annapolis, Maryland 21401-2500 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Coleman Law Group, PLC<br>602 Cameron St.<br>Alexandria, VA 22314-2506 | Comptroller of the Treasury<br>Compliance Division - Room 409<br>301 West Preston Street<br>Baltimore, MD 21201-2305 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Daniel W. Gutierrez<br>114 Long Creek Way<br>Grovetown, GA 30813-5275 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 |

```
Dorsey Search Townhouse Condo Assn, Inc      Four Seasons Homeowners Association       High Desert Clinic
c/o Zaller, Craig B., Esq                    c/o Craig B. Zaller, Esq.                 c/o Healthcare Collection Inc
7226 Lee Deforest Dr #102                    Nagle & Zaller, P.C.                      PO box 82910
Columbia, MD 21046-3239                      7226 Lee Deforest Dr., Ste 102            Phoenix, AZ 85071-2910
                                             Columbia, MD 21046-3239


Howard County Maryland                       Howard County Maryland                    IC System, Inc
3430 Court House Dr                          Howard County Office of Law               444 Highway 96 East
Ellicott City, MD 21043-4300                 3450 Court House Dr                       PO Box 64378
                                             Ellicott City, MD 21043-4330              Saint Paul, MN 55164-0378


Internal Revenue Service                     JPMorgan Chase Bank, N.A.                 Johns Hopkins Phys
Centralized Insolvency Operation             c/o Five Lakes Agency, Inc.               PO Box 64896
POB 7346                                     P.O. Box 80730                            Baltimore, MD 21264-4896
Philadelphia, PA 19101-7346                  Rochester, MI  48308-0730


King's Meade II Townhouse Association        Kings Meade II Town house Association     Kings Meade II Townhouse Association, Inc.
c/o The management Group Associates          c/o The management Group Associates       c/o John F. McCabe, Jr.
20440 Century Blvd., Ste 100                 20440 Century Blvd., Ste 100              Rees Broome PC
Germantown, MD 20874-7116                    Germantown, MD 20874-7116                 7101 Wisconsin Ave., Ste. 1201
                                                                                       Bethesda, MD 20814-4867


LaShawn Cathcart                             LabCorp                                   McCabe, John F Jr., Esq
5535 April Jouney                            PO Box 2240                               200 A Monroe St #300
Columbia, MD 21044-5592                      Burlington, NC 27216-2240                 Rockville, MD 20850-4442


McCabe, Weisberg & Conway, LLC               Navy FCU                                  Navy Federal Credit Union
312 Marshall Ave, Ste 800                    POB 3000                                  PO Box 3000
Laurel, MD 20707-4808                        Merrifield, VA 22119-3000                 Merrifield, VA 22119-3000


Ocwen Loan Servicing                         Ocwen Loan Servicing                      Office of Law
1661 Worthington Rd, Ste 100                 Attn: Customer Service                    Howard County, Maryland
West Palm Beach, FL 33409-6493               PO Box 785056                             3430 Courthouse Drive
                                             Orlando, FL 32878-5056                    Ellicott City, MD 21043-4300


Recontrust                                   Rushmore Loan Management Services, LLC (CGD)   Samuel I. White, P.C.
1800 Tapo Canyon Rd                          P.O Box 52708                                  Attorneys And Counselors At Law
Simi Valley, CA 93063-6712                   Irvine, CA 92619-2708                          5040 Corporate Woods Dr, Ste 120
                                                                                            Virginia Beach, VA 23462-4377


Specialized Loan Servicing LLC               State of Maryland                         State of Maryland DLLR
8742 Lucent Blvd, Suite 300                  Central Collection Unit                   Division of Unemployment Insurance
Highlands Ranch, Colorado 80129-2386         300 West Preston St                       1100 N. Eutaw Street, Room 401
                                             Baltimore, MD 21201-2307                  Baltimore, MD 21201-2225


The Law Office of S. Robert Sutton           The UOA of Wilton House Condominium       Tony & LaTarsha Burnett
17 West Jefferson St., Ste 105               c/o Cara C. Murray                        2273 Lea Ct
Rockville, MD 20850-4240                     7 Saint Paul Street                       Odenton, MD 21113-2268
                                             Baltimore, MD 21202-1626
```

| | | |
|---|---|---|
| U.S. Bank National Association (see 410) <br> c/o U.S. Bank Home Mortgage <br> A Division of US Bank NA <br> 4801 Frederica St <br> Owensboro, KY 42301-7441 | U.S. Bank National Association,as Trustee <br> c/o America's Servicing Company <br> Attn: Bankruptcy Dept. MAC#D3347-01 <br> 3476 Stateview Blvd <br> Fort Mill SC 29715-7203 | USAA <br> c/o Associated Credit Services <br> PO box 5171 <br> Westborough, MA 01581-5171 |
| Unit Owners Association of Wilton House <br> c/o Segan, Mason & Mason, P.C. <br> 7010 Little River Turnpike, Ste 270 <br> Annandale, VA 22003-3249 | Utility Company <br> c/o Daniel J. Mellin, Esq. <br> 221 Duke of Gloucester St <br> PO Box 668 <br> Annapolis, MD 21404-0668 | Verizon <br> One Alpharetta Place <br> Recovery Dept <br> Alpharetta, GA 30004 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB <br> D/B/A CHRISTIANA TRUST <br> C/O RUSHMORE LOAN MGMT. SERVICES,LLC <br> P.O. BOX 52708 <br> IRVING, CA 92619-2708 | Katarina Giselle Madison <br> 3113 Clint Moore Rd Apt 203 <br> Boca Raton, FL 33496-3339 | Nancy Spencer Grigsby <br> 185 Admiral Cochrane Dr. <br> Suite 240 <br> Annapolis, MD 21401-7623 |
| Robert Haeger <br> Haeger Law <br> 11403 Seneca Forest Circle <br> Germantown, MD 20876-4307 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ARMY & AIR FORCE EXCHANGE SERVICES <br> ATTN: GC-G <br> 3911 S. WALTON WALKER BLVD. <br> DALLAS, TX 75236 | (d)Military Star/Exchange Credit Program <br> PO Box 650410 <br> Dallas, TX 75265-0410 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America <br> INVALID ADDRESS PROVIDED | (u)Chase <br> INVALID ADDRESS PROVIDED | (u)US Bank <br> INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    69
Bypassed recipients     3
Total                  72